**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 4:24-CR-77** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DEON B. CADY** | ) | |

## ORDER

Application for leave of absence has been requested by Lauren C. Olsen, Special Assistant United States Attorney, for June 24, 2026 through June 26, 2026 for personal leave and May 11, 2026 through May 22, 2026 for out-of-district work training.

The above and foregoing request for leave of absence is approved.

So ORDERED this 23rd day of March 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA